# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 08, 2023

Mr. Joseph Carl Cecere Jr.
Cecere, P.C.
6035 McCommas Boulevard
Dallas, TX 75206

    No. 22-11036   Charitable DAF Fund, L.P. v. Highland Capital Management, L.P.
                 USDC No. 3:21-CV-1974
                 USDC No. 3:21-CV-1979

Dear Mr. Cecere,

The following pertains to your electronically filed appearance form.

You must resubmit your appearance form to include the correct case number.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Linda B. Miles, Deputy Clerk
                        504-310-7793