# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 11, 2023

Mr. Zachery Z. Annable
Hayward, P.L.L.C.
10501 N. Central Expressway
Suite 106
Dallas, TX 75231-0000

    No. 22-11036     Charitable DAF Fund, L.P. v. Highland Capital Management, L.P.
                  USDC No. 3:21-CV-1974
                  USDC No. 3:21-CV-1979

Dear Mr. Annable,

We have determined that your brief is deficient (for the reasons cited below) and must be corrected within 14 days. We note that our Quality Control Program advised you of some of these deficiencies when you filed the document.

Record References: The use of "id" is not permitted when citing to the record on appeal. See FED. R. APP. P. 28(a)(8)(A) and 5TH CIR. R. 28.2.2.SeeForm 1 http://www.ca5.uscourts.gov/docs/default-source/forms/fifth-circuit-court-of-appeals-form-1.pdf?sfvrsn=4 .

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Renee McDonough
Renee S. McDonough, Deputy Clerk
504-310-7673

cc:
Mr. Jonathan Bridges
Mr. Gregory Vincent Demo
Mr. Roy Theodore Englert Jr.
Mr. Brian Field
Ms. Shikha Garg
Mr. Aaron Scott Gordon
Ms. Melissa Sue Hayward
Mr. Erik Scott Jaffe
Mr. Jeffrey Scott Levinger
Mr. Matthew Michael Madden
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Mr. Mazin Ahmad Sbaiti