

April 17, 2023

Lyle W. Cayce
Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

      Re:  Case No. 22-11036
            *Charitable DAF Fund, L.P. v. Highland Capital Management, L.P.*
            Unopposed Level-1 Request for Extension

Mr. Cayce:

    Pursuant to Rule 34.1 of this Court's Rules, and on behalf of Appellants Mark Patrick, Mazin Sbaiti, Jonathan Bridges, Sbaiti & Company PLLC, Charitable DAF Fund, L.P., and CLO Holdco, Ltd. ("Appellants"), I write to request a Level-1 extension of the deadline for Appellants' reply brief, which is currently due by April 28, 2023. Under the requested extension, Appellants' reply would be due by May 19, 2023. This is Appellants' first request to extend this deadline, and the request is unopposed.

    There is good cause to grant this extension. Counsel for Appellants are handling several other matters with pressing briefing and discovery deadlines over the next month, along with unexpected travel obligations for a funeral.

    Thank you for your consideration with respect to this request.

                                                    Respectfully,

                                                    Erik S. Jaffe
                                                  *Counsel for Appellants*

ERIK S. JAFFE | PARTNER
Office: (202) 787-1060
Email: ejaffe@schaerr-jaffe.com

SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
www.schaerr-jaffe.com