# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 18, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 22-11036    Charitable DAF Fund, L.P. v. Highland Capital Management, L.P.
                      USDC No. 3:21-CV-1974
                      USDC No. 3:21-CV-1979

The court has granted in part an extension of time to and including May 12, 2023, for filing a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Melissa Mattingly
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Zachery Z. Annable
Mr. Jonathan Bridges
Mr. Gregory Vincent Demo
Mr. Roy Theodore Englert Jr.
Mr. Brian Field
Ms. Shikha Garg
Mr. Aaron Scott Gordon
Ms. Melissa Sue Hayward
Mr. Erik Scott Jaffe
Mr. Jeffrey Scott Levinger
Mr. Matthew Michael Madden
Mr. John A. Morris
Mr. Jeffrey N. Pomerantz
Mr. Mazin Ahmad Sbaiti