# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

## BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

CHARITABLE DAF FUND, L.P. _____ **v.** HIGHLAND CAPITAL MANAGEMENT, L.P. _____ **No.** 22-11036

The Clerk is requested to tax the following costs against: Appellee, Highland Capital Management, L.P. _____

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | 505 | | | | |
| Appendix or Record Excerpts | 5 | 559 | 0.12 | 335.4 | | | | |
| Appellant's Brief | 8 | 75 | 0.12 | 72 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 8 | 39 | 0.12 | 37.44 | | | | |
| Other: Binding | 25 | 1 | 8 | 200 | | | | |

Total $ 1,149.84

Costs are taxed in the amount of $ _____

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

LYLE W. CAYCE, CLERK

State of
County of Washington, District of Columbia _____

By _____

**Deputy Clerk**

I Erik S. Jaffe _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 15th day of April _____, 2024 _____.

**(Signature)**

**\*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS**

Attorney for Appellants Charitable DAF Fund, LP, CLO Holdco, Ltd., Mark Patrick, Sbaiti & Company, PLLC, Mazin Sbaiti, Jonathan Bridges

Transaction

# COURTS/USDC-TX-N-PG

$505.00

| | |
|---|---|
| Transaction Date/Time | 10/20/2022 3:24 PM |
| Settled Date/Time | 10/21/2022 5:15 AM |
| Employee | Kristina Robinson |
| Card info | Physical Card, (...9658) |
| Transaction Type | CenterCard |
| Merchant | COURTS/USDC-TX-N-PG |
| Cost Center | Erik Jaffe |
| Expense Type | Advanced Client Costs |
| Matter | 00372-contempt appeal in re highland capital management |
| Client | charitable daf fund, lp |
| Notes | Notice of Appeal |
| Approvers | Sarah Norton |

Receipts

See the following pages to view the PDF receipt.



Version 1.6.3                                              https://ecf.txnd.uscourts.gov/cgi-bin

**Appeal Documents**

3:21-cv-01974-X The Charitable DAF Fund, L.P. et al v. Highland Capital Management LP **CASE CLOSED on 09/28/2022**

BKAPP,CLOSED,LEAD

**Docket Text: Modify as Appropriate.**

NOTICE OF APPEAL as to [49] Memorandum Opinion and Order to the Fifth Circuit by Jonathan Bridges, CLO Holdco Ltd, Mark Patrick, Mazin A Sbaiti, Sbaiti & Company PLLC, The Charitable DAF Fund LP. Filing fee $505, receipt number ATXNDC-13241029. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Field, Brian)

[ Next ]  [ Clear ]

All Files

Tools ▼          Open ▼



**Magnolia Legal Support**
PO Box 966
Madisonville, LA  70447 US
(504)920-2654
fred@magnolialegalsupport.net
www.magnolialegalsupport.net



# INVOICE

**BILL TO**
Kristina Robinson
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washinton, DC  20006

**INVOICE #** 11229
**DATE** 05/19/2023
**DUE DATE** 06/18/2023
**TERMS** Net 30

**FILE NUMBER**
DAF Appeal

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Blowbacks** <br> Print of document | 273 | 0.12 | 32.76T |
| **GBC Bind** <br> GBC Bind | 7 | 8.00 | 56.00T |

Magnolia Legal Support, L.L.C. is your one stop legal support company with the culmination of over 30 years of business and legal experience. Licensed and insured, Magnolia can assist you in all of your legal needs with the utmost confidence. When you use Magnolia, you are in trusted hands.

| | |
|---|---|
| SUBTOTAL | 133.76 |
| TAX (9.45%) | 8.39 |
| TOTAL | 142.15 |
| BALANCE DUE | **$142.15** |

Tax ID# 27-4915410

**Magnolia Legal Support**
PO Box 966
Madisonville, LA  70447 US
(504)920-2654
fred@magnolialegalsupport.net
www.magnolialegalsupport.net



# INVOICE

**BILL TO**
Kristina Robinson
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washinton, DC  20006

**INVOICE #** 11243
**DATE** 05/30/2023
**DUE DATE** 06/29/2023
**TERMS** Net 30

**FILE NAME**
DAF Charitable Fund Appeal

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Blowbacks** <br> Print of document | 3,037 | 0.12 | 364.44T |
| **Tabs** <br> Alphabetical or numerical index tabs | 40 | 0.35 | 14.00T |
| **GBC Bind** <br> GBC Bind | 22 | 8.00 | 176.00T |

Magnolia Legal Support, L.L.C. is your one stop legal support company with the culmination of over 30 years of business and legal experience. Licensed and insured, Magnolia can assist you in all of your legal needs with the utmost confidence. When you use Magnolia, you are in trusted hands.

Tax ID# 27-4915410

| | |
|---|---|
| SUBTOTAL | 599.44 |
| TAX (9.45%) | 52.39 |
| TOTAL | 651.83 |
| BALANCE DUE | **$651.83** |

**Magnolia Legal Support**
PO Box 966
Madisonville, LA  70447 US
(504)920-2654
fred@magnolialegalsupport.net
www.magnolialegalsupport.net



# INVOICE

**BILL TO**
Kristina Robinson
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washinton, DC  20006

**INVOICE #** 11365
**DATE** 08/09/2023
**DUE DATE** 09/08/2023
**TERMS** Net 30

**FILE NAME**
DAF Appeal

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Blowbacks**<br>Print of document | 268 | 0.12 | 32.16T |
| **GBC Bind**<br>GBC Bind | 5 | 8.00 | 40.00T |

Magnolia Legal Support, L.L.C. is your one stop legal support company with the culmination of over 30 years of business and legal experience. Licensed and insured, Magnolia can assist you in all of your legal needs with the utmost confidence. When you use Magnolia, you are in trusted hands.

| | |
|---|---|
| SUBTOTAL | 72.16 |
| TAX (9.45%) | 6.82 |
| TOTAL | 78.98 |
| BALANCE DUE | **$78.98** |

Tax ID# 27-4915410